STATE v. SWINDLER

No. 282P00

Case below: 129 N.C.App. 1

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000.

STATE v. TODD

No. 293P00

Case below: 135 N.C.App. 633

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000.

STATE v. WALKER

No. 175P99-2

Case below: 130 N.C.App. 487

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000.

STATE v. WHITE

No. 322P00

Case below: 137 N.C.App. 386

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000.

THOMAS v. WASHINGTON

No. 152P00

Case below: 136 N.C.App. 750

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.